# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

|                    |   |                     |
|--------------------|---|---------------------|
| In Re:  LEONARDO CHAVEZ | § | Case No.: 10-12100 |
|         KELLEY A CHAVEZ | § |                    |
|                    | § |                     |
|         Debtor(s)  | § |                     |

_____

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The trustee declares as follows:

1)   The case was filed on 03/20/2010.

2)   This case was confirmed on 06/09/2010.

3)   The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4)   The trustee filed action to remedy default by the debtor in performance under the plan on 02/08/2011.

5)   The case was dismissed on 03/16/2011.

6)   Number of months from filing to the last payment:  8

7)   Number of months case was pending:  15

8)   Total value of assets abandoned by court order:  NA

9)   Total value of assets exempted: $    76,615.47

10)   Amount of unsecured claims discharged without payment $       .00

11)   All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ | 3,850.00 |
| Less amount refunded to debtor | $ | .00 |
| **NET RECEIPTS** | $ | 3,850.00 |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid through the Plan | $ | .00 |
| Court Costs | $ | .00 |
| Trustee  Expenses and Compensation | $ | 177.95 |
| Other | $ | .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ | 177.95 |
| Attorney fees paid and disclosed by debtor | $ | 3,000.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ROUNDUP FUNDING LLC | UNSECURED | 573.00 | 763.67 | 763.67 | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 2,052.09 | 1,507.98 | 1,507.98 | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 478.00 | 457.20 | 457.20 | .00 | .00 |
| CITIFINANCIAL AUTO C | SECURED | 15,400.00 | .00 | .00 | .00 | .00 |
| CITIFINANCIAL AUTO C | UNSECURED | 11,236.00 | 13,473.27 | .00 | .00 | .00 |
| CHASE MANHATTAN MORT | SECURED | 21,248.00 | 322,475.30 | .00 | .00 | .00 |
| CHASE MANHATTAN MORT | UNSECURED | 103,914.00 | NA | NA | .00 | .00 |
| FIRST NLC TRUST 2005 | SECURED | 61,823.00 | 60,003.10 | .00 | .00 | .00 |
| FIRST NLC TRUST 2005 | UNSECURED | 61,823.00 | NA | NA | .00 | .00 |
| HFC | SECURED | 21,248.00 | .00 | .00 | .00 | .00 |
| HFC | UNSECURED | 21,248.00 | NA | NA | .00 | .00 |
| AMERICAS FINANCIAL C | UNSECURED | 310.00 | NA | NA | .00 | .00 |
| AMERICAN GENERAL FIN | UNSECURED | .00 | NA | NA | .00 | .00 |
| APPLIED CARD BANK | UNSECURED | .00 | NA | NA | .00 | .00 |
| AURORA LOAN SERVICES | UNSECURED | .00 | NA | NA | .00 | .00 |
| BANK ONE | UNSECURED | .00 | NA | NA | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 867.00 | NA | NA | .00 | .00 |
| CHASE MANHATTAN BANK | UNSECURED | .00 | NA | NA | .00 | .00 |
| CHASE MANHATTAN BANK | UNSECURED | .00 | NA | NA | .00 | .00 |
| CHASE MANHATTAN MORT | SECURED | NA | 13,649.75 | .00 | .00 | .00 |
| CHASE HOME FINANCE | OTHER | NA | NA | NA | .00 | .00 |
| CHICAGO PATROLMENS F | UNSECURED | .00 | NA | NA | .00 | .00 |
| CHICAGO PATROLMENS F | UNSECURED | .00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| CHICAGO PATROLMENS F | UNSECURED | .00 | NA | NA | .00 | .00 |
| CHICAGO PATROLMENS F | UNSECURED | .00 | NA | NA | .00 | .00 |
| CHICAGO PATROLMENS F | UNSECURED | .00 | NA | NA | .00 | .00 |
| CHICAGO PATROLMENS F | UNSECURED | .00 | NA | NA | .00 | .00 |
| CHICAGO PATROLMENS F | UNSECURED | .00 | NA | NA | .00 | .00 |
| CHICAGO PATROLMENS F | UNSECURED | .00 | NA | NA | .00 | .00 |
| CHICAGO PATROLMENS F | UNSECURED | .00 | NA | NA | .00 | .00 |
| CHICAGO PATROLMENS F | UNSECURED | .00 | NA | NA | .00 | .00 |
| CHICAGO PATROLMENS F | UNSECURED | .00 | NA | NA | .00 | .00 |
| CHICAGO PATROLMENS F | UNSECURED | .00 | NA | NA | .00 | .00 |
| CHICAGO PATROLMENS F | UNSECURED | .00 | NA | NA | .00 | .00 |
| CHICAGO PATROLMENS F | UNSECURED | 11,722.00 | 11,721.13 | 11,721.13 | .00 | .00 |
| CHICAGO PATROLMENS F | UNSECURED | 8,325.00 | 8,795.97 | 8,795.97 | .00 | .00 |
| CHICAGO PATROLMENS F | UNSECURED | 5,684.00 | 5,436.95 | 5,436.95 | .00 | .00 |
| CHICAGO PATROLMENS F | UNSECURED | 500.00 | 466.09 | 466.09 | .00 | .00 |
| CHICAGO PATROLMENS F | UNSECURED | 488.00 | 408.98 | 408.98 | .00 | .00 |
| CHICAGO PATROLMENS F | UNSECURED | 465.00 | 424.74 | 424.74 | .00 | .00 |
| CHICAGO PATROLMENS F | UNSECURED | .00 | 68.51 | 68.51 | .00 | .00 |
| CHICAGO PATROLMENS F | UNSECURED | .00 | 140.00 | 140.00 | .00 | .00 |
| CHICAGO PATROLMENS F | UNSECURED | .00 | NA | NA | .00 | .00 |
| CHICAGO PATROLMENS F | UNSECURED | .00 | NA | NA | .00 | .00 |
| CHICAGO PATROLMENS F | UNSECURED | .00 | NA | NA | .00 | .00 |
| CHICAGO PATROLMENS F | UNSECURED | .00 | NA | NA | .00 | .00 |
| CHICAGO PATROLMENS F | UNSECURED | .00 | NA | NA | .00 | .00 |
| CHICAGO PATROLMENS F | UNSECURED | .00 | NA | NA | .00 | .00 |
| CHICAGO PATROLMENS F | UNSECURED | .00 | NA | NA | .00 | .00 |
| CHICAGO PATROLMENS F | UNSECURED | .00 | NA | NA | .00 | .00 |
| CHICAGO PATROLMENS F | UNSECURED | .00 | NA | NA | .00 | .00 |
| CHICAGO PATROLMENS F | UNSECURED | .00 | NA | NA | .00 | .00 |
| CHICAGO PATROLMENS F | UNSECURED | .00 | NA | NA | .00 | .00 |
| CHICAGO PATROLMENS F | UNSECURED | .00 | NA | NA | .00 | .00 |
| CHICAGO PATROLMENS F | UNSECURED | .00 | NA | NA | .00 | .00 |
| CHICAGO PATROLMENS F | UNSECURED | .00 | NA | NA | .00 | .00 |
| CITIBANK DFS | UNSECURED | .00 | NA | NA | .00 | .00 |
| CITIBANK DFS | UNSECURED | .00 | NA | NA | .00 | .00 |
| CITI RESIDENTIAL LEN | UNSECURED | .00 | NA | NA | .00 | .00 |
| US CELLULAR | UNSECURED | 80.00 | NA | NA | .00 | .00 |
| INTEGRITY | UNSECURED | 234.00 | NA | NA | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | .00 | NA | NA | .00 | .00 |
| FMC OMAHA SERVICE CE | UNSECURED | .00 | NA | NA | .00 | .00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| FORD MOTOR CREDIT CO | UNSECURED | .00 | NA | NA | .00 | .00 |
| HFC | SECURED | .00 | .00 | 4,000.00 | 356.08 | .00 |
| HFC | UNSECURED | 18,207.38 | NA | NA | .00 | .00 |
| HOME DEPOT | UNSECURED | .00 | NA | NA | .00 | .00 |
| HFC | UNSECURED | .00 | NA | NA | .00 | .00 |
| HFC | UNSECURED | .00 | NA | NA | .00 | .00 |
| HFC | UNSECURED | .00 | NA | NA | .00 | .00 |
| HFC | UNSECURED | .00 | NA | NA | .00 | .00 |
| HFC | UNSECURED | .00 | NA | NA | .00 | .00 |
| HSBC AUTO FINANCE | UNSECURED | .00 | NA | NA | .00 | .00 |
| HSBC | UNSECURED | 477.00 | NA | NA | .00 | .00 |
| HSBC | UNSECURED | .00 | NA | NA | .00 | .00 |
| HSBC | UNSECURED | .00 | NA | NA | .00 | .00 |
| HSBC | UNSECURED | .00 | NA | NA | .00 | .00 |
| HSBC | UNSECURED | .00 | NA | NA | .00 | .00 |
| HSBC/RHODE | UNSECURED | 2,173.00 | NA | NA | .00 | .00 |
| HSBC CARSON | UNSECURED | .00 | NA | NA | .00 | .00 |
| HSBC | UNSECURED | .00 | NA | NA | .00 | .00 |
| OUR LADY OF THE RESU | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| JB ROBINSON | UNSECURED | .00 | NA | NA | .00 | .00 |
| MACYS DSNB | UNSECURED | .00 | NA | NA | .00 | .00 |
| MACYS DSNB | UNSECURED | .00 | NA | NA | .00 | .00 |
| MILA INC | UNSECURED | .00 | NA | NA | .00 | .00 |
| MILA INC | UNSECURED | .00 | NA | NA | .00 | .00 |
| OCWEN LOAN SERVICING | UNSECURED | .00 | NA | NA | .00 | .00 |
| OCWEN LOAN SERVICING | UNSECURED | .00 | NA | NA | .00 | .00 |
| PEOPLES GAS LIGHT & | UNSECURED | .00 | NA | NA | .00 | .00 |
| RNB-FIELDS3 | UNSECURED | .00 | NA | NA | .00 | .00 |
| RNB-FIELDS3 | UNSECURED | .00 | NA | NA | .00 | .00 |
| SEARS CBSD | UNSECURED | .00 | NA | NA | .00 | .00 |
| SURETY FINANCIAL SER | UNSECURED | .00 | NA | NA | .00 | .00 |
| TARGET NATIONAL BANK | UNSECURED | .00 | NA | NA | .00 | .00 |
| THD/CBSD | UNSECURED | 2,010.00 | NA | NA | .00 | .00 |
| THD/CBSD | UNSECURED | .00 | NA | NA | .00 | .00 |
| THD/CBSD | UNSECURED | .00 | NA | NA | .00 | .00 |
| US DEPT OF EDUCATION | UNSECURED | .00 | NA | NA | .00 | .00 |
| WASHINGTON MUTUAL/PR | UNSECURED | .00 | NA | NA | .00 | .00 |
| WASHINGTON MUTUAL | UNSECURED | .00 | NA | NA | .00 | .00 |
| WASHINGTON MUTUAL HO | UNSECURED | .00 | NA | NA | .00 | .00 |
| WELLS FARGO FINANCIA | UNSECURED | .00 | NA | NA | .00 | .00 |
| WF FIN BAN | UNSECURED | 3,200.00 | NA | NA | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 2,833.00 | 2,959.46 | 2,959.46 | .00 | .00 |
| WFINANCE | UNSECURED | .00 | NA | NA | .00 | .00 |

**Scheduled Creditors:**

| Creditor<br>Name | Class | Claim<br>Scheduled | Claim<br>Asserted | Claim<br>Allowed | Principal<br>Paid | Int.<br>Paid |
|---|---|---|---|---|---|---|
| WFNNB NEW YORK & COM | UNSECURED | .00 | NA | NA | .00 | .00 |
| FIRST NLC TRUST 2005 | SECURED | NA | 1,965.68 | .00 | .00 | .00 |
| CHASE MANHATTAN MORT | SECURED | 14,000.00 | .00 | 14,000.00 | 2,902.52 | .00 |
| HSBC BANK USA | SECURED | 2,060.00 | 1,839.28 | 1,839.28 | 413.45 | .00 |
| HSBC BANK USA | OTHER | NA | NA | NA | .00 | .00 |
| HSBC BANK USA | SECURED | NA | 59,726.63 | .00 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

```
.=====================================================================.
|                                                                     |
| Summary of Disbursements to Creditors:                              |
|                                                                     |
|                              Claim        Principal        Int.     |
|                             Allowed         Paid           Paid     |
| Secured Payments:                                                   |
|     Mortgage Ongoing                .00          .00          .00   |
|     Mortgage Arrearage        19,839.28     3,672.05          .00   |
|     Debt Secured by Vehicle         .00          .00          .00   |
|     All Other Secured               .00          .00          .00   |
| TOTAL SECURED:                19,839.28     3,672.05          .00   |
|                                                                     |
| Priority Unsecured Payments:                                        |
|     Domestic Support Arrearage      .00          .00          .00   |
|     Domestic Support Ongoing        .00          .00          .00   |
|     All Other Priority              .00          .00          .00   |
| TOTAL PRIORITY:                     .00          .00          .00   |
|                                                                     |
| GENERAL UNSECURED PAYMENTS:   33,150.68          .00          .00   |
|                                                                     |
.=====================================================================.


.=====================================================================.
|                                                                     |
| Disbursements:                                                      |
|                                                                     |
|     Expenses of Administration      $      177.95                   |
|     Disbursements to Creditors      $    3,672.05                   |
|                                                                     |
| TOTAL DISBURSEMENTS:                        $      3,850.00         |
|                                                                     |
.=====================================================================.
```

12)     The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.


Dated:    06/07/2011                    /s/ Tom  Vaughn_____
                                        Tom  Vaughn, Chapter 13  Trustee


**STATEMENT**     : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption  5 C.F.R § 1320. 4(a)(2) applies.


**UST Form 101-13-FR-S(9/01/2009)**